**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| CLARISSA JOHANNA CRUZ CEVILLA, | Case No. 5:26-cv-02190-KK-SP |
| Petitioner, | **JUDGMENT** |
| v. | |
| MARKWAYNE MULLIN, et al., | |
| Respondents. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is granted.

Dated: May 26, 2026

HONORABLE KENLY KIYA KATO
UNITED STATES DISTRICT JUDGE